## A01A2509. JACKSON v. THE STATE.
### (578 SE2d 238)

MILLER, Judge.

In *Curtis v. State*, 275 Ga. 576 (571 SE2d 376) (2002), the Supreme Court affirmed the judgment of this Court's opinion in *Jackson v. State*, 254 Ga. App. 562 (562 SE2d 847) (2002). Nevertheless, deciding to overrule numerous prior cases, the Supreme Court held that in Division 4 of that opinion, we erred in holding that a criminal defendant must raise in the trial court the issue of whether convictions merge as a matter of fact in order to preserve the issue for appellate review. Therefore, we vacate Division 4 of our earlier opinion and adopt the opinion of the Supreme Court as our own. The remainder of our earlier opinion remains unaffected.

*Judgment affirmed. Smith, C. J., Andrews, P. J., Johnson, P. J., Blackburn, P. J., Ruffin, P. J., Eldridge, Barnes, Ellington, Phipps, Mikell and Adams, JJ., concur.*

DECIDED FEBRUARY 11, 2003.

*David D. Bishop*, for appellant.
*Paul L. Howard, Jr., District Attorney, Alvera A. Wheeler, Assistant District Attorney*, for appellee.